IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FRANKIE TAYLOR**                                                               **PLAINTIFF**

**v.**                                        **4:08-CV-04152-GTE**

**KOHLER COMPANY**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date granting summary judgment in favor of Defendant Kohler Company, it is hereby CONSIDERED, ORDERED, AND ADJUDGED that the Plaintiff Frankie Taylor take nothing on her Complaint filed in this matter, which is hereby DISMISSED WITH PREJUDICE.

Dated this  10th  day of August, 2009.

                                               _/s/Garnett Thomas Eisele_____
                                               UNITED STATES DISTRICT JUDGE